STATE OF MISSOURI, Respondent, *v.* JAMES F. O'NEAL, Appellant.

*Practice—Supreme Court.*—Stricken from the docket, the record not showing that any appeal had been taken, and no errors being assigned.

*Appeal from Greene Circuit Court.*

HOLMES, Judge, delivered the opinion of the court.

In this case no appeal appears to have been taken, and no errors are assigned. The cause will be stricken from the docket.

Judge Wagner concurs; Judge Lovelace absent.